**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CATHY CARTER,**             ) | |
|                     ) | |
|     *Plaintiff*,          ) | |
|                     ) | |
| v.                   ) | Civil Action No.: |
|                     ) | 1:20-cv-01674-TWT-JSA |
|                     ) | |
|                     ) | |
| **PAUL HOWARD, in his individual and**   ) | |
| **official capacity,**        ) | |
|                     ) | |
|     *Defendants*.        ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Subpoenas for Production of Documents was electronically served on the 6th day of October, 2021 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 7th day of October, 2021.

/s/ Mario B. Williams
Mario B. Williams (Ga # 235254)

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
(404) 654-0288/(404) 592-6225 FAX
Mwilliams@hdrattorneys.com