IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CATHY CARTER,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>)<br>**PAUL HOWARD, in his individual and** )<br>**official capacity,** )<br>)<br>*Defendants*. ) | Civil Action No.:<br>1:20-cv-01674-TWT-JSA |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Subpoenas for Production of Documents directed to **Fulton County HR Department; Atlanta Police Department; East Point Police Department** was electronically served this 22nd day of October, 2021 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 22nd day of October, 2021.

/s/ Mario B. Williams
Mario B. Williams (Ga # 235254)

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
(404) 654-0288/(404) 592-6225 FAX
Mwilliams@hdrattorneys.com