IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHY CARTER, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. |
| | § 1:20-cv-01674-TWT-JSA |
| v. | § |
| | § |
| PAUL HOWARD, in his individual and official capacity, | § |
| | § |
| Defendant. | § |

# O R D E R

Before the Court is Plaintiff Cathy Carter and Defendant Paul Howard's Joint Motion to Stay Discovery [61]. For good cause shown, the Motion [61] is **GRANTED**. The discovery period is **STAYED** until the Court enters a final ruling on Plaintiff's Motion for Leave to Amend her Complaint [59]. The discovery period shall end **thirty (30) days** after the date of the Order ruling on Plaintiff's Motion [59].

**IT IS SO ORDERED** this 12th day of November, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE