# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CATHY CARTER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:20-cv-01674-TWT-JSA |
| ) | |
| **PAUL HOWARD, in his individual and** ) | |
| **official capacity,** ) | |
| ) | |
| *Defendant.* ) | |

## MOTION TO STRIKE PLAINTIFF'S MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

Comes Plaintiff, by and through undersigned counsel, and moves this Honorable Court to strike **Plaintiff's Motion for Leave to File Amended Complaint** (Doc. No. [59]) and allow her to refile with the correct Motion for Leave to File Amended Complaint.

Respectfully submitted this 12th day of November 2021.

/s/MARIO WILLIAMS
Mario B. Williams (Ga # 235254)

**HDR, LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
404-404-654-0288 / 404-592-6225 FAX
mwilliams@hdrattorneys.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document has been prepared in Book Antiqua, 13 point, which complies with the font and point selections approved by the Court in Local Rule 5.1(C)

/s/MARIO WILLIAMS
Mario B. Williams
Georgia Bar No. 235254

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically served the foregoing Plaintiff's Motion to Strike Plaintiff's Motion for Leave to Amend the Complaint to the Clerk of Court using the CM/ECF system upon:

Noah Green
**Appelbaum Henefed & Green, PC**
9 Lenox Pointe NE, Ste B
Atlanta, GA 30324

Tel: (404) 841-1275

ng@aps-law.com

Respectfully submitted this 12th day of November 2021.

s/ Mario B. Williams
Mario B. Williams
Ga State Bar #235254

**HDR, LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
404-404-654-0288 / 404-592-6225 FAX
mwilliams@hdrattorneys.com
*Attorney for Plaintiff*