IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHY CARTER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:20-CV-1674-TWT-JSA |
| PAUL HOWARD, in his individual and | : |
| official capacity, | : |
| | : |
| Defendant. | : |

## **O R D E R**

Before the Court is the Plaintiff's Motion to Stay Discovery [71] and the parties' Joint Motion for Extension of Time to Complete Discovery [72]. For good cause shown, the Joint Motion for Extension of Time to Complete Discovery [72] is **GRANTED**. Discovery is extended through **April 8, 2022**. The parties are advised that, because discovery in this case has been extended numerous times, there will be **no further extensions of discovery** absent extraordinary good cause and exceptional need.

Plaintiff's Motion to Stay Discovery [71] is **DENIED**. Plaintiff has not identified any specific factual area of discovery that would be affected by her proposed amendment. It appears that Plaintiff's proposed theory of retaliatory hostile work environment is based on the same facts currently pleaded in support of

her sexual harassment and hostile environment claim. Thus, it is not evident that any substantial new area of fact discovery would be needed even if the proposed amendment is allowed, or at least Plaintiff has not shown that. Thus, the Court cannot allow an open-ended stay of discovery in this case in which discovery has been substantially extended already.

**IT IS SO ORDERED** this 18th day of January, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE