**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CATHY CARTER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:20-cv-01674-TWT-JSA |
| ) | |
| **PAUL HOWARD, in his individual** ) | |
| **And official capacity,** ) | |
| ) | |
| *Defendants.* ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Amended Notice to Depose to **Defendant Paul Howard and 30(b)(6)** was electronically served on the 24th day of March, 2022. Plaintiff's Subpoena to Testify at a Deposition in a Civil Action directed to **Miya Griggs; Alea Harmon; Pete Johnson; Jeremy Gray; Tiffany Roger; Akisa Hopkins and Ayanna "Yana" Young** was electronically served this 5th day of April 2022 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 5th day of April, 2021.

/s/ Mario B. Williams
Mario B. Williams
Ga Bar No. 235254

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
(404) 245-0442/(404) 577-0080 FAX
Mwilliams@hdrattorneys.com