# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATHY CARTER, § § | |
| Plaintiff, § | CIVIL ACTION NO. |
| § | 1:20-cv-01674-TWT-JSA |
| v. § § | |
| PAUL HOWARD, in his individual § and official capacity, § § | |
| Defendant. § § § | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE PLEADINGS

Defendant Paul Howard herewith files a *Consent Motion for Extension of Time to File Dispositive Pleadings*. Mr. Howard moves to request a one-week extension of the deadline to file dispositive pleadings through September 13, 2022, based on the following:

1. Dispositive pleadings are currently due on September 6, 2022.

2. The parties will use a one-week extension to discuss a settlement.

3. The first date that the adjuster and the parties are all available to discuss settlement in a formal or informal mediation is Monday, September 12.

4. If the settlement talks are unsuccessful on Monday, September 12, Defendant will file dispositive motions the following day, Tuesday, September 13, 2022.

5. Plaintiff consents to this Motion and Defendant respectfully requests an extension to file any dispositive pleadings through September 13, 2022.

This 6th day of September, 2022.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), this is to certify that the foregoing has been prepared using Book Antiqua 13-point font in compliance with Local Rule 5.1.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATHY CARTER, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. |
| | § 1:20-cv-01674-TWT-JSA |
| v. | § |
| | § |
| PAUL HOWARD, in his individual and official capacity, | § |
| | § |
| Defendant. | § |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Consent Motion for Extension of Time to File Dispositive Pleadings* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 6th day of September, 2022.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

3