**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CATHY CARTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | 1:20-cv-01674-TWT-JSA |
| v. | § | |
| | § | |
| PAUL HOWARD, in his individual | § | |
| and official capacity, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

For good cause shown, the Consent Motion to Extend the Deadline to File Dispositive Pleadings [100] is **GRANTED**. The deadline for the parties to file motions for summary judgment is extended until **September 13, 2022**.

**IT IS SO ORDERED** this 6th day of September, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE