IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CATHY CARTER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:20-cv-01674-TWT-JSA |
| ) | |
| **PAUL HOWARD, in his individual and** ) | |
| **official capacity,** ) | |
| ) | |
| *Defendants.* ) | |

## JOINT MOTION TO STAY

COME NOW, Plaintiff Cathy Carter and Defendant Paul Howard (hereinafter the "Parties"), by and through their undersigned counsel, and hereby file this *Motion to Stay*. In support of this notice, the Parties present the following to the Court:

1. The Parties are in settlement discussions and are requesting a Stay of all deadlines pending those settlement negotiations.

2. The Parties are making progress and believe that the settlement discussions will benefit from additional time.

### CONCLUSION

Based on the above, the Parties requests that this Court enter an Order Granting this Motion to Stay.

1

Respectfully submitted this 12th day of September 2022,


/s/ MARIO B. WILLIAMS
Mario B. Williams
GA Bar No.: 235254
**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
(404) 245-0442/(404) 577-0080 FAX
Mwilliams@hdrattorneys.com

/s/ NOAH GREEN
Noah Green
GA Bar No.: 468138
**HENEFELD & GREEN, PC**
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
(404) 841-1275
Ngreen@henefeldgreen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **CATHY CARTER,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 1:20-cv-01674-TWT-JSA |
| | ) | |
| **PAUL HOWARD, in his individual and official capacity,** | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), this is to certify that the foregoing has been prepared using Book Antiqua 13-point font in compliance with Local Rule 5.1.

/s/ MARIO B. WILLIAMS
Mario B. Williams
GA Bar No.: 235254

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CATHY CARTER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:20-cv-01674-TWT-JSA |
| ) | |
| **PAUL HOWARD, in his individual and** ) | |
| **official capacity,** ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Joint Motion to Stay* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 12th day of September 2022,

/s/ MARIO B. WILLIAMS
Mario B. Williams
GA Bar No.: 235254