**From:** Howard, Paul L.
**Sent:** Thursday, April 11, 2019 2:16 PM
**To:** Carter, Cathy
**Cc:** Dixon, Ronnie E.; Nelson, Lynne; Grimes, Tisa
**Subject:** Per our meeting today - 60 day probation
**Attachments:** 2019-04-11 Cathy Carter Attendance.pdf

**Importance:** High

Please confirm receipt of the attached correspondence placing you on 60 days strict probation effective immediately.

Case 1:20-cv-01674-TWT-JSA   Document 116-3   Filed 12/12/22   Page 1 of 3

**From:** Howard, Paul L.
**Sent:** Thursday, April 11, 2019 2:16 PM
**To:** Carter, Cathy

## OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY

Atlanta Judicial Circuit
136 Pryor Street, SW, 3rd Floor
Atlanta, Georgia 30303-3477

PAUL L. HOWARD, JR.
District Attorney



(404) 613-4984
(404) 893-2769 Fax

April 11, 2019

Cathy Carter
136 Pryor St SW
Atlanta, GA 30303

Dear Ms. Carter,

The Fulton County Policy and Procedure Number 301-16 provides that "excessive absenteeism or tardiness may result in disciplinary action up to and including termination". Today, you and met along with Deputy District Attorney Ron Dixon and Chief of Staff Lynne Moore Nelson to discuss your attendance. From January 1, 2019, to April 5, 2019, our office records show out of 65 workdays – you were late 47 times, 2 unexcused absences and 7 instances where your whereabouts were unknown since you did not sign in.

Therefore based on your excessive absences and tardiness, effective immediately, I am placing you on a 60 day strict probation period beginning April 18, 2019, to July 15, 2019. In addition to abiding by normal operating procedures, I am requiring you to follow these attendance and punctuality procedures without any deviation:

1. **Come to Work On Time** – Our workday begins at 8:30 am, you must arrive promptly at work.

2. **Attendance Sign In** – You are required to sign the attendance sheet with my Chief of Staff Lynne Moore Nelson.

3. **No Unexcused Absences** – All absences must be pre-approved by my Chief of Staff Lynne Moore Nelson. I am aware of your doctor's note dated April 10, 2019, which excuses you from work till April 18, 2019.

4. **Attend Counseling & Submit Final Report** – At the end of the probation, you must provide me with a counseling report confirming that you have sought counseling addressing your significant attendance and punctuality issues.

Any deviation from these procedures may result in automatic employment termination.

It is my hope that at the end of your probation, you will have established a consistent pattern of attendance and punctuality. You are a valued employee and I wish you the best.

Sincerely,

Paul L. Howard Jr
Fulton County District Attorney


Cc:   Ron Dixon, Deputy District Attorney
      Lynne Moore Nelson, Chief of Staff
      Tisa Grimes, Office Manager