



CARTER0003


CARTER0004



CARTER0005



CARTER0006



CARTER0007