IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATHY CARTER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 1:20-cv-01674-TWT-JSA |
| | ) | |
| PAUL HOWARD, in his individual and | ) | |
| official capacity, | ) | |
| | ) | |
| *Defendants.* | ) | |

## DECLARATION OF GLORIA ROBINSON UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

1.

I, Gloria Robinson, a Georgia citizen, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

2.

My name is Gloria Robinson, I am older than 18 years of age, and I am sui juris and prepared to offer testimony in this case.

3.

I make this **DECLARATION** based upon my personal knowledge of its contents, and to the best of my knowledge everything contained in this **DECLARATION** is true.

4.

I met Cathy Carter in 20*16* working as a *Supervisor* at the Fulton County District Attorney's office. I have known Cathy Carter for approximately *15* years.

5.

During my time working under Paul Howard at the Fulton County District Attorney's Office, I saw Paul Howard kiss employee Iyana Dior Young on the lips

in what I consider a sexual manner.

6.

Also, while working for and under Paul Howard, I saw a lot of what I consider, inappropriate behavior, by Paul Howard towards women in the Fulton County District Attorney's office such as _Touching_ .

7. _Saying inAppropriate Thing_

8.

Dated this _15th_ day of July, 2022.

Gloria Robinson